# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

| | |
|---|---|
| **GREGORY D MANIGO #126109** | **CIVIL ACTION NO. 23-666 SEC P** |
| **VERSUS** | **JUDGE EDWARDS** |
| **LT HILL ET AL** | **MAG. JUDGE KAYLA MCCLUSKY** |

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge (R. Doc. 8), noting the absence of an objection,[1] and concurring with the Magistrate Judge's findings under the applicable law,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the above-captioned matter be **DISMISSED** as legally frivolous and for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. §§ 1915(e) and 1915A.

**THUS DONE AND SIGNED** this 17th day of April, 2024.

_____
**JERRY EDWARDS, JR.**
**UNITED STATES DISTRICT JUDGE**

---

[1] The Court notes that the copy of the Report and Recommendation mailed to Plaintiff was returned to the Clerk of Court marked "Return to Sender" and indicated that Plaintiff is no longer at his last known place of confinement. R. Doc. 10. The Plaintiff failed to update his address with the Clerk of Court as prescribed by Local Rule 41.3. The Court's staff attempted to locate the Plaintiff through the United States Probation and Pretrial Services Office and was informed that his last known address in the Louisiana Department of Public Safety and Corrections database was 2845 Poland Street, Shreveport, Louisiana 71103. The Court re-mailed the Report and Recommendation to this address, reset its deadline to hear objections, and has not received a timely objection or had the second mailing returned as undeliverable.